FILED

2016 MAY 27 PM 2:24

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

JEFFREY MARCUS GRAY, an individual,

Plaintiff,

v.

BRADFORD COUNTY SHERRIFF'S OFFICE
and
JAMES GLENN ALBRITTON, individually,

Defendants.

Case No. 3:16-cv-655-J-34JBT

**JURY TRIAL DEMANDED**

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, JEFFREY MARCUS GRAY (the "Plaintiff"), by and through the undersigned Counsel, and hereby sues BRADFORD COUNTY SHERRIFF'S OFFICE ("the BCSO") and JAMES GLENN ALBRITTON ("Albritton"), individually, and alleges the following:

### JURISDICTION AND VENUE

1. This lawsuit is brought pursuant to the Drivers Privacy Protection Act, 18 U.S.C. § 2721, *et seq.* (the "DPPA")

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 (federal question).

3. Venue in this judicial district and division is proper, pursuant to 28 U.S.C. § 1391(b) and M.D. Fla. Loc. R. 1.02. All events giving rise to Plaintiff's claims occurred in Bradford County, Florida, in this judicial district and division.

### PARTIES

4. Plaintiff is, and at all times material hereto was, an individual resident and citizen of Saint Johns County, Florida.

1

5. Defendant, BCSO, is a Florida agency and is subject to suit in this court.

6. Upon information and belief, at all times material, Defendant Albritton was a resident and citizen of the state of Florida, duly appointed and acting in the course and scope of his employment as an officer, employee, agent, or representative of the BCSO.

## GENERAL ALLEGATIONS

7. At all times relevant, Plaintiff owned one or more motor vehicles registered with the State of Florida Department of Highway Safety and Motor Vehicles ("the DHSMV") and has held a driver's license issued by the DHSMV. In order to obtain his driver's license and register his motor vehicle with DHSMV, Plaintiff was required to provide DHSMV with "personal information" as defined in 18 U.S.C. § 2725.

8. DHSMV entered Plaintiff's personal information into the computer database of motor vehicle records maintained and administered by DHSMV (the "Driver and Vehicle Information Database" a/k/a "DAVID"), consisting of records pertaining to motor vehicle operators' permits, motor vehicle titles, motor vehicle registration, color photograph or image, social security numbers, date of birth, state of birth, detailed vehicle registration information and description, prior and current home and mailing addresses, emergency contacts and other restricted "personal information."

9. BCSO, with actual or constructive knowledge, permitted and facilitated the individual defendant to obtain and/or use Plaintiff's personal information from the DAVID system, for an unauthorized and illegal purpose.

10. At all times, the individual defendant, acted within the course and scope of employment with BCSO when he obtained, disclosed or accessed Plaintiff's personal information from the DAVID system for an unauthorized and illegal purpose.

11. At no time did Plaintiff provide his consent for the BCSO or Albittron to obtain, access, disclose, or use his private information

## COUNT I

12. Plaintiff re-alleges and incorporates by reference the allegations in paragraphs 1 through 11 as though fully set forth therein.

13. On six occasions, Albritton knowingly obtained or disclosed Plaintiff's personal information from the DAVID system for an unauthorized and illegal purpose.

14. Albritton and BCSO are jointly and severally liable to Plaintiff, pursuant to 18 U.S.C. § 2724.

**WHEREFORE**, Plaintiff demands judgment against BCSO and Albritton, jointly and severally for the following:

   a. actual damages, but not less than liquidated damages in the amount of $2,500.00 for each violation of the DPPA;

   b. punitive damages upon proof of willful or reckless disregard of the law, as to Albritton only;

   c. reasonable attorney's fees and other litigation costs reasonably incurred; and

   d. such other and further relief as this Honorable Court deems just.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable as of right.

Dated May 27, 2016 by:    **The BONDERUD LAW FIRM, P.A.**

*/s/ Andrew Bonderud*
Andrew M. Bonderud, Esq.
TRIAL COUNSEL
Florida Bar No. 102178
301 W. Bay Street, #1433
Jacksonville, FL 32202

904-438-8082 (telephone)
904-800-1482 (facsimile)
E-Mail: BonderudLaw@gmail.com
*Attorney for Plaintiff*